```
 1  CAROL C. LAM
    United States Attorney
 2  MELANIE K. PIERSON
    Assistant U.S. Attorney
 3  California State Bar No. 112520
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5685

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
06 SEP -1 AM 10: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 06CR0182-J |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER FOR PRODUCTION OF |
| | ) RECORDS REGARDING |
| MICHAEL ROBERT FERNANDES | ) ORDER TO SHOW CAUSE |
| | ) |
| Defendant. | ) |

Motion for production having been made, and the Court finding good cause therein, the Court hereby orders that the United States Probation Office produce a litigation packet regarding the June 22, 2006, urine specimen # P000570 and the July 28, 2005, urine specimen # P005458, submitted by defendant Michael Fernandes, including, but not limited to, reports of analysis, chain of custody records, initial and confirmation testing records, laboratory certification records, records of personnel qualification and laboratory procedures to the United States Attorney's Office no later than September 11, 2006.

**SO ORDERED.**

DATED: August 31, 2006

HON. NAPOLEON A. JONES, JR.
United States District Judge