```
                                              FILED
                                           06 SEP -1  AM 10: 28
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:    PDC         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NAPOLEON A. JONES, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06CR0182-NAJ |
| Plaintiff, ) | DATE: September 18, 2006 |
| ) | TIME: 8:15 a.m. |
| v. ) | |
| ) | **ORDER TO COMPEL PRODUCTION OF** |
| MICHAEL FERNANDES, ) | **REQUESTED DISCOVERY** |
| Defendant. ) | |

TO: CAROL A. LAM, UNITED STATES ATTORNEY;
MELANIE PIERSON, ASSISTANT UNITED STATES ATTORNEY;
ALICIA CATANZARITA, UNITED STATES PROBATION OFFICER:

**GOOD CAUSE APPEARING**, the Court hereby orders that the United States Probation Office and the United States Attorney's Office produce the following discovery:

(1) <u>All Drug Testing Results</u> taken by the Probation Department during Mr. Fernandes's supervision.

(2) <u>Urine specimens</u> received by the probation officer on June 22, 2006 and June 28, 2006, which tested positive for amphetamine and methamphetamine, for direct delivery and retesting at a mutually agreeable alternate facility.

(3) <u>Case Notes</u>. Copies of any probation officer's case or file notes, e.g., Probation Chronological Record Reports, regarding Mr. Fernandes's drug use during his supervision, including, but not limited to, any statements by Mr. Fernandes regarding his drug use.

1   (4)  <u>Residual Request</u>.  Notice and discovery of all evidence the government intends to use at the
2   evidentiary hearing related to this case, including but not limited to, documents, witnesses, and physical
3   evidence.

5  DATE: 9-1-06

HONORABLE NAPOLEON A. JONES, JR.
United States District Court Judge

cc: United States Probation Officer Alicia Catanzarita

06CR0182-NAJ